KINGSBRIDGE BAKING CO., INC., Respondent, v. CHARLES CHRISTEL (Sued Herein as "JOHN" KRISTEL), Individually and as President of LOCAL No. 164 OF THE AMALGAMATED FOOD WORKERS, an Unincorporated Association Consisting of Seven or More Persons, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CLARA GANG, Appellant, v. SAMUEL GANG, Defendant, Impleaded with I. NICK GORDON, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PUBLIC NATIONAL BANK AND TRUST COMPANY OF NEW YORK, as Executor, etc., of HYMAN RUDERFER, Deceased, Respondent, v. THE CONNECTICUT MUTUAL LIFE INSURANCE COMPANY OF HARTFORD, CONNECTICUT, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of JOSEPH B. AUERBACH, Appellant, for the Custody of BRYANT J. AUERBACH, an Infant. LILLIAN R. TEMPLETON, Respondent.— Order affirmed without prejudice to renewal of the application in the event that the child is not maintained in the institution where he now is or if for any reason he is returned to the custody of the mother. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SAMUEL KROHNBERG and Another, Individually and as Copartners, etc., Respondents, v. BENJO DRESS CO., INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SAMUEL KROHNBERG and Another, Individually and as Copartners, etc., Respondents, v. BENJO DRESS CO., INC., Appellant. BENJAMIN SWISKY and Another, Respondents, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FREDERICK L. ROSSMANN, Respondent, v. MANUFACTURERS TRUST COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GUSTAV W. BECK, Respondent, v. ISAAC J. HEYMAN, Appellant, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GUSTAV W. BECK, Respondent, v. ISAAC J. HEYMAN and Another, Defendants, Impleaded with REUBEN S. LIND, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.